

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MARCUS LAKEITH HARRIS, | § | No. 08-21-00070-CR |
| Appellant, | § | Appeal from the |
| v. | § | 183rd Judicial District Court |
| THE STATE OF TEXAS, | § | of Harris County, Texas |
| Appellee. | § | (TC# 159318601010) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 4TH DAY OF NOVEMBER, 2022.

SANDEE MARION, Chief Justice (Ret.)

Before Rodriguez, C.J. and Alley, J and Marion, C.J. (Ret.), sitting by assignment